No. 82–216.  MIRKIN v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 82–223.  CORTINAS v. PEOPLES SECURITY BANK OF MARYLAND ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–225.  MANNING v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 82–232.  DEL RIO FLYING SERVICES, INC. v. MANJE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–244.  GARDNER v. BRADENTON HERALD, INC. Sup. Ct. Fla.  Certiorari denied.

No. 82–249.  CENTURY FOREST INDUSTRIES, INC. v. DURAWOOD TREATING CO., A DIVISION OF ROY O. MARTIN LUMBER CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 82–255.  PARK PLACE, INC. v. CITY OF CLEVELAND ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–257.  RESENDE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–264.  GRAVISS ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–279.  MARTIN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 82–285.  WYLER ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 82–295.  PLATER v. UNITED STATES.  Ct. Cl.  Certiorari denied.